# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 24, 2025

No. 25-2185

| | |
|---|---|
| REGINALD CLAY, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:24-cv-04194 |
| UNION PACIFIC RAILROAD COMPANY, *Defendant-Appellant.* | Georgia N. Alexakis, *Judge.* |

_____

No. 25-2761

| | |
|---|---|
| BRANDON WILLIS, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:21-cv-01716 |
| UNIVERSAL INTERMODAL SERVICES, INC., *et al.*, *Defendants-Appellants.* | Elaine E. Bucklo, *Judge.* |

_____

No. 25-2762

| | |
|---|---|
| JOHN GREGG, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 1:24-cv-01925 |
| CENTRAL TRANSPORT LLC, *Defendant-Appellant.* | Elaine E. Bucklo, *Judge.* |

A review of the brief of appellees reveals that appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a Jurisdictional Statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary."

Appellees' statement asserts that appellants' jurisdictional statements are not all complete and correct, and appellees provide jurisdictional summaries, but they too are not complete and correct.

Regarding Appeal No. 25-2761, appellees fail to provide the identity and citizenship of all the members of the LLC defendants. Appellant must provide this information to the extent they rely on ordinary diversity jurisdiction. *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002). It is insufficient to state that their members are all not citizens of Illinois. The citizenship of unincorporated associations must be fully traced through however many layers of members there may be. *See id.* Appellees may alternatively rely solely on the Class Action Fairness Act, under which the citizenship of an unincorporated association depends on the law of its organization and its principal place of business. 28 U.S.C. § 1332(d)(10)

Regarding Appeal No. 25-2762, appellees fail to provide any information about appellate jurisdiction. Appellees must provide this information. Cir. R. 28(a)(2). In addition, appellees fail to provide the identity and citizenship of the members of Central Transport LLC. A limited liability company is not incorporated and so for purposes of general diversity jurisdiction has the citizenship of its members, not based on where it has its principal place of business or under which state's law it is organized. *See Hicklin Engineering, L.C. v. Bartell*, 439 F.3d 346, 347-48 (7th Cir. 2006). And appellees do not suggest any of the criteria for jurisdiction under the Class Action Fairness Act—including minimal diversity—are satisfied. Accordingly,

**IT IS ORDERED** that appellees shall file a paper captioned "Amended Jurisdictional Statement" on or before December 1, 2025, that provides the omitted information noted above and otherwise complies with the requirements of Circuit Rule 28(b), and if appellants' jurisdictional statements are not both complete and correct, Circuit Rule 28(a) also.

**IT IS FURTHER ORDERED** that the clerk of this court shall **DISTRIBUTE**, along with the briefs in this appeal, copies of this order and appellees' amended jurisdictional statement to the assigned merits panel.