# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

April 1, 2026

Before

**MICHAEL B. BRENNAN,** *Chief Judge*

**DAVID F. HAMILTON,** *Circuit Judge*

**CANDACE JACKSON-AKIWUMI,** *Circuit Judge*

| | |
|---|---|
| No. 25-2185 | REGINALD CLAY,<br>              Plaintiff - Appellee<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>              Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:24-cv-04194
Northern District of Illinois, Eastern Division
District Judge Georgia N. Alexakis

| | |
|---|---|
| No. 25-2761 | BRANDON WILLIS,<br>              Plaintiff - Appellee<br>v.<br><br>UNIVERSAL INTERMODAL SERVICES, INC., et al.,<br>              Defendants - Appellants |

**Originating Case Information:**

District Court No: 1:21-cv-01716
Northern District of Illinois, Eastern Division
District Judge Elaine E. Bucklo

| | |
|---|---|
| No. 25-2762 | JOHN GREGG,<br>              Plaintiff - Appellee<br>v.<br><br>CENTRAL TRANSPORT LLC,<br>              Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:24-cv-01925
Northern District of Illinois, Eastern Division
District Judge Elaine E. Bucklo

The judgments of the District Court are **REVERSED**, with costs, and these cases are **REMANDED** in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)